**SO ORDERED.**

**SIGNED this 5 day of March, 2019.**



_____
**John T. Laney, III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

In Re:  Jill Gregoire Bergeron
        409 Park Ave. N.
        Tifton, GA 31794

        XXX-XX-4138

CHAPTER 13

Case Number: 17-70275-JTL

### ORDER ON TRUSTEES MOTION TO DISMISS

The Trustee's motion to dismiss in the above referenced case having been considered, the same is hereby

DENIED on the condition that the Debtor(s) make all future payments to the Trustee in a timely manner.

Upon failure to strictly comply with any term hereof the Trustee shall advise the Court and the case will be dismissed without further notice or hearing.

END OF DOCUMENT

/s/ Jon DeLoach
_____
Jon DeLoach GA Bar No. 217220 for
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

United States Bankruptcy Court
Middle District of Georgia

```
In re:                                                          Case No. 17-70275-JTL
Jill Gregoire Bergeron                                          Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 113G-7          User: dhg              Page 1 of 1                Date Rcvd: Mar 05, 2019
                              Form ID: pdfntc        Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
```
db             +Jill Gregoire Bergeron,    409 Park Ave. N.,    Tifton, GA 31794-4319
cr             +Ditech Financial LLC,    14841 Dallas Parkway Ste 300,    Dallas, TX 75254-7883
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: debbie.riner@amerisbank.com Mar 05 2019 18:39:49      Ameris Bank,    P O Box 870,
                 Vidalia, GA 30475-0870
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2019 18:45:16      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 2
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
```
              A. Michelle Hart Ippoliti    on behalf of Creditor    Ditech Financial LLC
               BankruptcyECFMail@mccallaraymer.com, mh1@mccallaraymer.com
              Andrew Justin Kussmaul    on behalf of Creditor    Ditech Financial LLC POCInquiries@bonialpc.com
              Franklin D. Hayes    on behalf of Debtor Jill Gregoire Bergeron fhayeslaw@yahoo.com,
               angiehintonhayes@yahoo.com, hayesfr86239@notify.bestcase.com
              John D. Schlotter    on behalf of Creditor    Ditech Financial LLC john.schlotter@mrpllc.com,
               BankruptcyECFmail@mrpllc.com
              Karl Edward Osmus    on behalf of Creditor    Ameris Bank karlosmus@aol.com
              Kristin Hurst    ecf@ch13trustee.com, courtdailysummary@ch13trustee.com
              Ronald A. Levine    on behalf of Creditor    Ford Motor Credit Company, LLC A Delaware Limited
               Liability Company rlevine@levineblock.com
              U.S. Trustee - MAC    Ustp.region21.mc.ecf@usdoj.gov
              Vanessa Anne Leo    on behalf of Creditor    Ally Financial Inc valeo@logs.com
                                                                                              TOTAL: 9
```